# Court of Appeals
# of the State of Georgia

ATLANTA,  June 14, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0098. GEORGIA DEPARTMENT OF REVENUE et al. v. HOOD.**

We granted the appellants' application for interlocutory  review of the trial court's denial of its motion to dismiss appellee's Open Records complaint and denial in part of its motion to stay discovery. After careful review of the entire record in this case, we conclude that the application for interlocutory review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/14/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*